**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIO ANTONIO RUIZ,<br><br>　　　Plaintiff,<br><br>　vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>　　　Defendant | ) Case No.: 2:25-cv-04391-BFM<br>)<br>) ORDER AWARDING EQUAL<br>) ACCESS TO JUSTICE ACT<br>) ATTORNEY FEES AND EXPENSES<br>) PURSUANT TO 28 U.S.C. § 2412(d)<br>) AND COSTS PURSUANT TO 28<br>) U.S.C. §§ 1920; 2412<br>)<br>)<br>)<br>) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $9,100.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. §§ 1920; 2412, be awarded subject to the terms of the Stipulation.

DATE:　5/08/2026

*[signature]*

HONORABLE BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE

-1-